52 F.3d 319
 Michael White
v.
J. Kevin Kane, Hearing Examiner, Louis Stith, C/O, James
Salvi, C/O, Donald McMonagle, Administrator, Ernest Bello,
Counselor, John Campagna, Psychologist, Donald T. Vaughn,
Superintendent, A.J. LeFebvre, Administrator, Joseph D.
Lehman, Commissioner Marcellus J. Matthews, Counsel
 NO. 94-1887
 United States Court of Appeals,
Third Circuit.
 Mar 21, 1995
 
 Appeal From: E.D.Pa., No. 91-cv-07492,
 O'Neill, J.,
 
 860 F.Supp. 1075
 
 1
 AFFIRMED.